**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROCHELLE CRAMER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WITHUMSMITH+BROWN, PC, WILDERMUTH FUND, WILDERMUTH ADVISORY, LLC, DANIEL WILDERMUTH, GERARD SCARPATI, CAROL WILDERMUTH, ANTHONY LEWIS, R. MARTEL DAY, RANDALL FRETZ, and DONALD R. HENRY<br><br>Defendants. | No. 3:25-cv-17032-RK-RLS |

**JOINT STIPULATION REGARDING ADJOURNMENT OF MOTION TO DISMISS BRIEFING SCHEDULE PENDING MEDIATION**

Lead Plaintiffs Cramer & Rauchegger, Inc. and Henry Hughes (collectively, "Plaintiffs") and Defendants Wildermuth Fund (the "Fund"), Withum Smith+Brown, PC ("Withum"), Gerard Scarpati ("Scarpati"), Anthony Lewis ("Lewis"), R. Martel Day ("Day"), Randall Fretz ("Fretz"), Donald R. Henry ("Henry"), Daniel Wildermuth ("D. Wildermuth"), and Carol Wildermuth ("C. Wildermuth," and, together with the Fund, Withum, Scarpati, Lewis, Day, Fretz, and D. Wildermuth, the "Stipulating Defendants," and together with Plaintiffs, the "Stipulating Parties"), hereby stipulate and agree as follows, subject to the Court's approval:

**WHEREAS**, on May 11, 2026, Plaintiffs filed a Consolidated Amended Complaint (Dkt. No. 55) ("CAC");

**WHEREAS**, since the filing of the CAC, counsel for the Fund and Scarpati, Lewis, Day, and Fretz has conferred with Plaintiffs' counsel regarding the status of this action;

**WHEREAS**, Plaintiffs' counsel and counsel for the Fund and Scarpati, Lewis, Day, and Fretz have determined that a mediation may help resolve certain claims expeditiously;

**WHEREAS,** the operative scheduling order in this action directs the Stipulating Defendants to "move to dismiss, answer, or otherwise respond to the CAC on or before July 10, 2026" (Dkt. No. 47 at 2); and

**WHEREAS**, Plaintiffs' counsel has conferred with counsel for Withum as well as counsel for D. Wildermuth and C. Wildermuth, and Withum, D. Wildermuth, and, C. Wildermuth do not oppose the relief requested herein;

**NOW, THEREFORE**, the Stipulating Parties hereby stipulate and agree as follows:

1. The Stipulating Defendants' deadline to move, answer, or otherwise respond to the CAC on or before July 10, 2026 is adjourned *sine die*;
2. All proceedings in this action are stayed so that the Plaintiffs and the Fund and Scarpati, Lewis, Day, and Fretz can pursue mediation;
3. The Stipulating Parties shall provide the Court with a mediation status update on September 15, 2026.
4. Upon the conclusion of the mediation, Plaintiffs, Withum, and any other Stipulating Defendants remaining in this action shall meet and confer and submit a proposed scheduling Order consistent with the Rules and Procedures of the Hon. Robert Kirsch, U.S.D.J., regarding pre-motion conferences.

DATED: July 7, 2026

**DILWORTH PAXSON LLP**

*/s/ Lisa Rodriguez*
Lisa Rodriguez
lrodriguez@dilworthlaw.com
457 Haddonfield Rd., Suite 700
Cherry Hill, NJ 08002
Telephone: (856) 675-1929

Catherine Pratsinakis
cpratsinakis@dilworthlaw.com
Mariah Heinzerling (*Pro Hac Vice*)
mheinzerling@dilworthlaw.com
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215)-575-7000

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ William C. Fredericks*
William C. Fredericks (*Pro Hac Vice*)
wfredericks@scott-scott.com
Marc Greco (*Pro Hac Vice*)
mgreco@scott-scott.com
Logan S. Rudman (*Pro Hac Vice*)
lrudman@scott-scott.com
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444

*Counsel for Co-Lead Plaintiff Cramer & Rauchegger, Inc. and the Putative Class*

**POMERANTZ LLP**
*/s/ Brian Calandra*
Brian Calandra
bcalandra@pomlaw.com
Jeremy A. Lieberman (*Pro Hac Vice*)
jalieberman@pomlaw.com
J. Alexander Hood II (*Pro Hac Vice*)
ahood@pomlaw.com
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100

**ALSTON & BIRD**

*/s/ Jenny Kramer*
Jenny Kramer
jenny.kramer@alston.com
90 Park Avenue
15th Floor
New York, NY 10016
Telephone (212) 210-9400

Tim Fitzmaurice (*pro hac vice*)
tim.fitzmaurice@alston.com
Cara Peterman (*pro hac vice*)
cara.peterman@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404)881 4640

*Counsel for Defendants Wildermuth Fund, Gerard Scarpati, Anthony Lewis, R. Martel Day, Randall Fretz, and Donald R. Henry*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brian Patrick Morgan*
Brian Patrick Morgan
brian.morgan@faegredrinker.com
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000

William M. Connolly
william.connolly@faegredrinker.com
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700

*Counsel for Defendant Withum Smith+Brown, PC*

**THOMPSON HINE LLP**

*/s/ Ernest E. Badway*
Ernest E. Badway

*Counsel for Co-Lead Plaintiff Henry Hughes and the Putative Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
peretz@bgandg.com
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
*Additional Counsel for Co-Lead Plaintiff Henry Hughes and the Putative Class*

Ernest.Badway@Thompsonhine.com
300 Madison Avenue, 27th Floor
New York, New York 10017
Telephone: (212) 344-5680

*Counsel for Daniel Wildermuth and Carol Wildermuth*

**SO ORDERED** this 10th day of July, 2026

The Honorable Rukhsanah L. Singh, USMJ

* The Clerk of the Court shall administratively close this matter pending the mediation.